USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
ADAM BLUM,

                                      Plaintiff,

           -against-

EQUIFAX INFORMATION SERVICES, LLC,

                                    Defendant.
-------------------------------------------------------------------- x

19-CV-11630 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:    April 14, 2020**
              **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**